UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. ZUNIGA,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-00673-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION, LLC ONLY<br><br>(ECF No. 25) |

On September 5, 2024, the parties filed a joint stipulation dismissing all claims against only Defendant Trans Union, LLC with prejudice. (ECF No. 25). In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against only Defendant Trans Union, LLC has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Trans Union, LLC as a pending defendant on the docket.

IT IS SO ORDERED.

Dated:  **September 6, 2024**                    /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

1